**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Pablo ANDRADE–MENDEZ,**
**Defendant—Appellant.**

No. 03–10446.
D.C. No. CR–02–00281–PMP.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 18, 2004.

Appeal from the United States District Court for the District of Nevada; Philip M. Pro, District Judge, Presiding.

Pamela A. Martin, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Juan Pablo Andrade–Mendez, North Las Vegas, NV, pro se.

Robert M. Draskovich, Robert M. Draskovich, Chtd., Las Vegas, NV, for Defendant–Appellant.

Before CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM**

Juan Pablo Andrade–Mendez appeals his guilty-plea conviction and 46–month sentence for distribution of a controlled

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) and (B)(viii).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Andrade–Mendez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No supplemental pro se brief was filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the appeal is AFFIRMED.